IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CONNIE SUE BANE**                                         **PLAINTIFF**

VS.                 CASE NO. 4:21CV00208 JM/PSH

**ANDREW SAUL,**
**Commissioner, Social**
**Security Administration**                           **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is remanded for further proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 7th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE