# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

CONNIE SUE BANE                                                  PLAINTIFF

V.                      4:21CV00208 JM

ANDREW SAUL,
**Commissioner of Social Security**                        DEFENDANT

## ORDER

Plaintiff has filed a motion for attorney's fees, docket # 10 under the Equal Access to Justice Act, 28 U.S.C. § 2412. The Commissioner has no objection to the motion. Pursuant to 28 U.S.C. § 2412, the Court finds that the Plaintiff is entitled to attorney's fees, costs and expenses in the amount of $3,809.98. The fees, costs and expenses in the amount of $3,809.98 should be payable directly to Plaintiff and mailed to her attorney. Accordingly, Plaintiff's motion, docket # 10, is GRANTED.

IT IS SO ORDERED this 21st day of June, 2021.

_____
James M. Moody Jr.
United States District Judge